

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2019

No. 04-19-00488-CV

Robert **DUNLAP,**
Appellant

v.

Charles **TROIS,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00955
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

On October 16, 2019, this court ordered the appellant to provide written proof by October 28, 2019 that he has properly requested the record from the court reporter and that he has either paid the reporter's fee or is entitled to appeal without paying the reporter's fee. On October 28, 2019, appellant filed a response, stating he has requested the record and submitted payment to the court reporter. Accordingly, the court reporter, Delcine M. Benavides, is **ORDERED** to file the reporter's record in this court by **December 2, 2019.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk